UNITED STATES of America,
Plaintiff–Appellee,

v.

Harold De La CRUZ–GARCIA,
Defendant–Appellant.

No. 07–13158
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 12, 2008.

Ryan Thomas Truskoski, Orlando, FL, for Defendant–Appellant.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office/Middle District of Florida, Tampa, FL, for Plaintiff–Appellee.

Before ANDERSON, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Ryan Thomas Truskoski, appointed counsel for Harold De La Cruz–Garcia, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues o f merit, counsel's motion to withdraw is

GRANTED, and De La Cruz–Garcia's conviction and sentence are AFFIRMED.